No. 6,652.—ED. JOHNSON, Respondent, *v.* STEPHEN MATTICE et al., Appellants.

Decided September 8, 1931.

PER CURIAM.—The appeal herein is dismissed for laches by reason of appellants' failure to file the transcript as required by Rule IV of this court; but appellants are granted the privilege of moving to reinstate the same, if good cause therefor is shown within twenty days.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Appellants.

No. 6,704.—GREAT FALLS & DUTTON OIL CO., Appellant, *v.* LOY OIL CO., Respondent.

Decided September 8, 1931.

PER CURIAM.—This appeal is ordered dismissed for laches by reason of appellant's failure to file the transcript as required by Rule IV of this court.

*Messrs. Graybill & Graybill,* for Appellant.

*Mr. Loy J. Molumby* and *Mr. Frank Polutnik,* for Respondent.